USCA Case #23-1311    Document #2026236    Filed: 11/09/2023    Page 1 of 1

**In the United States Court of Appeals**
**For the District of Columbia Circuit**

Public.Resource.Org, Inc. *et al*,

                    *Petitioners,*

          *v.*                                        No. 23-1311

Federal Communications Commission, *et al*,

                    *Respondents.*

**PROOF OF SERVICE**

I, Alan B. Morrison, Counsel for the petitioners, do hereby certify that on this 9th day of November 2023, I caused to be served the Petition to Review, with attachment, on respondent Federal Communications Commission, by first class mail, postage prepaid, at 45 L Street NE, Washington, DC 20554.

                                                              Alan B. Morrison
                                                             George Washington University
                                                                 Law School
                                                             2000 H Street NW
                                                             Washington D.C. 20052
                                                             (202) 994 7120
                                                             abmorrison@law.gwu.edu

1