# United States Court of Appeals
### For The District of Columbia Circuit
_____

**No. 23-1311**                                                         **September Term, 2023**

FCC-88FR67108

**Filed On: January 5, 2024** [2034667]

Public.Resource.Org, Inc., et al.,

      Petitioners

    v.

Federal Communications Commission and
United States of America,

      Respondents

## O R D E R

Upon consideration of petitioners' consent motion for late filing of certificate as to parties, rulings, and related cases, it is

**ORDERED** that the motion be granted. The Clerk is directed to file the lodged certificate as to parties, rulings, and related cases.

                                                            **FOR THE COURT:**
                                                             Mark J. Langer, Clerk

                                      BY:   /s/
                                                             James A. Kaiser
                                                             Deputy Clerk