Alan B. Morrison
George Washington University Law School
2000 H Street NW
Washington D.C. 20852
(202) 994 7120
abmorrison@law.gwu.edu

March 14, 2024

Clerk, United States Court of Appeals for the
   District of Columbia Circuit
333 Constitution Ave., NW
Washington, DC 20001

Re: Public.Resource Inc et al v. FCC
No. 23-1311

To the Clerk:

    Undersigned counsel hereby consents on behalf of all petitioners to the filing of all amicus briefs in this case whether on behalf of petitioners, respondents, or neither party, provided that they are timely filed.

*Alan B. Morrison* (signature)

Alan B. Morrison

cc: Maureen K. Flood