ORAL ARGUMENT NOT YET SCHEDULED

No. 23-1311

# UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

PUBLIC.RESOURCE.ORG, INC., ET AL.,

*Petitioners,*

v.

FEDERAL COMMUNICATIONS COMMISSION, ET AL.,

*Respondents.*

On Petition for Review of an Order of the Federal Communications Commission

**NOTICE OF INTENTION OF REPORTERS COMMITTEE FOR THE FREEDOM OF THE PRESS AND THE NEW YORK TIMES COMPANY TO FILE A BRIEF AS AMICI CURIAE IN SUPPORT OF PETITIONERS**

Christopher T. Bavitz
Cyberlaw Clinic
Harvard Law School
1557 Massachusetts Avenue
Cambridge, MA 02138
(617) 384-9125
cbavitz@law.harvard.edu

Counsel for *Amici Curiae*
Reporters Committee for Freedom of the Press and The New York Times Company

# CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. App. P. 26.1 and D.C. Cir. R. 26.1, The New York Times Company, a publicly traded company, states that it has no parent company and that no publicly held corporation owns 10 percent or more of its stock. The Reporters Committee for Freedom of the Press certifies that it is an unincorporated association of reporters and editors with no parent corporation and no stock.

Dated: April 3, 2024                /s/ Christopher T. Bavitz

Christopher T. Bavitz
Cyberlaw Clinic
Harvard Law School
1557 Massachusetts Avenue
Cambridge, MA 02138
(617) 384-9125
cbavitz@law.harvard.edu

Counsel for *Amici Curiae*
Reporters Committee for Freedom of the Press and The New York Times Company

1

# CERTIFICATE AS TO PARTIES, RULINGS UNDER REVIEW AND RELATED CASES

Pursuant to Circuit Rule 28(a)(1), *amici curiae* certify as following:

**(A) Parties and Amici.**

Besides the following, all parties, intervenors, and *amici* appearing before this Court are listed in the Brief for Petitioner filed March 27, 2024, and any amicus briefs filed prior to this one:

Reporters Committee for Freedom of the Press

The New York Times Company

**(B) Rulings Under Review.**

The ruling under review is the FCC's 2023 final rule, *Updating References to Standards Related to the Commission's Equipment Authorization Program*, 347 CFR Parts 2, 15, 68, and 73 (2023).

**(C) Related Cases**.

The ruling under review has not been, and is not, the subject of any other petition for review, aside from those actions that have been consolidated in this proceeding.

## NOTICE OF INTENTION TO FILE AMICUS BRIEF

Pursuant to D.C. Circuit Rule 29(b), the below-listed organizations hereby notify this Court of their intention to file an *amicus curiae* brief in the above captioned matter in support of the Petitioners.

The individuals and organizations intend to file an *amicus* brief of no more than 6,500 words, addressing points not made by the Petitioners, that will aid the Court's consideration of this case.

The organizations' brief is necessary to address the ability of journalists—and the public at large—to access the full text of the law.

The organizations have coordinated on a single brief covering shared access issues for this Court's consideration under D.C. Circuit Rule 29(d).

The **Reporters Committee for Freedom of the Press** advocates for First Amendment freedoms and the newsgathering rights of journalists.

**The New York Times Company** is a news organization dedicated to helping people understand the world through deeply reported, independent journalism.

| | |
|---|---|
| Dated: April 3, 2024 | <u>/s/ Christopher T. Bavitz</u> |
| | Christopher T. Bavitz |
| | Cyberlaw Clinic |
| | Harvard Law School |
| | 1557 Massachusetts Avenue |
| | Cambridge, MA 02138 |
| | (617) 384-9125 |
| | cbavitz@law.harvard.edu |
| | |
| | Counsel for *Amici Curiae* |
| | Reporters Committee for Freedom of the Press and The New York Times Company |

## CERTIFICATE OF SERVICE

I certify that this notice was filed using the Court's CM/ECF system on April 3, 2024. All participants in the case are registered CM/ECF users and will be served electronically via that system.

Dated: April 3, 2024          /s/ Christopher T. Bavitz

Christopher T. Bavitz
Cyberlaw Clinic
Harvard Law School
1557 Massachusetts Avenue
Cambridge, MA 02138
(617) 384-9125
cbavitz@law.harvard.edu

Counsel for *Amici Curiae*
Reporters Committee for Freedom of the Press and The New York Times Company