| | |
|---|---|
| **No. 23-1311** | **September Term, 2023** |
| | FCC-88FR67108 |
| | **Filed On: April 19, 2024** [2050510] |

Public.Resource.Org, Inc., et al.,

      Petitioners

  v.

Federal Communications Commission and
United States of America,

      Respondents

## O R D E R

Upon consideration of petitioners' unopposed motion for extension of time to file the reply brief, it is

**ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---|
| Respondents' Brief | May 13, 2024 (unchanged) |
| Petitioners' Reply Brief | June 4, 2024 |

                                      **FOR THE COURT:**
                                      Mark J. Langer, Clerk

                          BY:   /s/
                                   Michael C. McGrail
                                   Deputy Clerk