# United States Court of Appeals
## For The District of Columbia Circuit

_____

No. 23-1311                              September Term, 2024

FCC-88FR67108

Filed On: September 20, 2024 [2076090]

Public.Resource.Org, Inc., et al.,

       Petitioners

   v.

Federal Communications Commission and
United States of America,

       Respondents

   **BEFORE:**    Millett, Wilkins, and Pan, Circuit Judges

## O R D E R

The court concludes, on its own motion, that oral argument will not assist the court in this case. Accordingly, the court will dispose of the petition for review without oral argument on the basis of the appendix submitted by the parties and the presentations in the briefs. <u>See </u>Fed. R. App. P. 34(a)(2); D.C. Cir. Rule 34(j).

### Per Curiam

                                                    **FOR THE COURT:**
                                                    Mark J. Langer, Clerk

                          BY:    /s/
                                  Michael C. McGrail
                                  Deputy Clerk