# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

No. 23-1311                      September Term, 2024

FCC-88FR67108

Filed On: February 12, 2025 [2100290]

Public.Resource.Org, Inc., et al.,

        Petitioners

    v.

Federal Communications Commission and
United States of America,

        Respondents

## M A N D A T E

In accordance with the judgment of December 19, 2024, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

                                                 **FOR THE COURT:**
                                                 Clifton B. Cislak, Clerk

                   BY:      /s/
                             Daniel J. Reidy
                             Deputy Clerk

Link to the judgment filed December 19, 2024