# United States Court of Appeals
### For The District of Columbia Circuit

_____

| | |
|---|---|
| **No. 23-1311** | **September Term, 2024** |
| | FCC-88FR67108 |

**Filed On:** June 30, 2025

Public.Resource.Org, Inc., et al.,

    Petitioners

    v.

Federal Communications Commission and
United States of America,

    Respondents

**BEFORE:**    Millett, Wilkins, and Pan, Circuit Judges

## O R D E R

Upon consideration of the April 1, 2025 order to show cause why the sealed portions of the record in this case should not be unsealed, issued pursuant to D.C. Cir. Rule 47.1 (f)(1), and the responses thereto, it is

**ORDERED** that the order to show cause be discharged. It is

**FURTHER ORDERED** that the sealed appendix be stricken from the appellate record under Fed. R. App. Proc. 10(e)(3). The Clerk is directed to note the docket accordingly.

### Per Curiam

          **FOR THE COURT:**
          Clifton B. Cislak, Clerk

BY:    /s/
          Daniel J. Reidy
          Deputy Clerk